Cheryl Coco LEWIS, FOR the ESTATE OF: Dori MORRIS, Petitioner

v.

John R. GILLERLAIN, Dr. and Mrs. Joseph Gillerlain and Cindy B. Hallock, Esquire, Respondents

No. 684 MAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

Abdal H. MUHAMMAD, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent

No. 624 MAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.